AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

RECEPTION AND MEDICAL CENTER
DATE: _____
INMATE INITIALS: _____

JAHI AMADI HASANATI,
*Petitioner*

v.

Case No. 3:22-CV-339-MMH-JBT
(Supplied by Clerk of Court)

JOSEPH EDWARDS,
*Respondent*
(name of warden or authorized person having custody of petitioner)

FILED 2022 MAR 24 PM 2:23 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE, FLORIDA

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: JAHI AMADI HASANATI
   (b) Other names you have used: —

2. Place of confinement:
   (a) Name of institution: Reception and Medical Center
   (b) Address: Lake Butler, Florida
   (c) Your identification number: (c/o D15084) discharged in bankruptcy

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☒ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other *(explain)*: delayed medical release

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:
   _Florida Department of Corrections_
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   _Delaying of 120 days concerning medical release_

   (d) Date of the decision or action:

   ### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _Department of Corrections_
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes ☐ No
If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes ☐ No


If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes      ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** (See Addendum I.)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

Addendum 1.

Ground 1.

Respondent(s) continued wrongful restraint of the Competent Living-man: Jahi amadi hasanati (Body) for more than 215 days next to the adjudication of bankruptcy violates the Due Process and the Equal Protection Clauses of the Federal Constitution.

Facts.

In February 2015, JAH filed a voluntary petition in bankruptcy in the United States Bankruptcy Court for the Eastern District of New York.

The state's claim made in and upon which the respondent relies on for its illicit seizure of the factually and legally innocent Body was, is, the only claim scheduled in bankruptcy. A copy of the schedule is attached hereto and incorporated herein, as if fully set forth herein.

On June 29, 2021, the Bankruptcy Court made and entered an adjudication of bankruptcy rendering an Order of Discharge and Final Decree discharging JAH, the Petitioner, from all debts associated with the state's claim. A copy of the Order of Discharge is attached hereto and incorporated herein etc.

Indeed, this removed claim on which the respondent seeks a nonexistent power was absolutely annulled on the occasion of the adjudgment in bankruptcy. The now extinguished debt(s) or alleged debt(s) are provable against JAH's bankrupt estate.

Indeed, such cancelled debts forms the respondent's sole – suspect – basis for the illegitimate restraint of the sinless Body, which is barred as a result of the aforesaid Order of Discharge and Final Decree.

To the extent that the unauthorized captors of the innocent Body seek relief from JAH for or by reason of any debt, matter, cause, or event occurring prior to the date of discharge, all such claims are permanently discharged by the Bankruptcy Court's Order of Discharge, and all actions, processes, collection, imprisonment or seizure thereon are permanently enjoined by the operation of 11 U.S.C.A. § 524(a)(1),(2)(3). A copy of section 524 is attached hereto and incorporated by reference as if fully set forth herein.

Thus, the Body denies being held on any "judgment of the state," valid under national or international law.

Furthermore, despite the passage of more than 215 days respondent has refused, and still refuses, to discharge the Body from involuntary servitude.

JAH has no plain, speedy, and adequate legal remedy that would be as sufficient to obtain the ends of justice and its prompt administration as a writ of habeas corpus would serve: Because the Body is unconstitutionally restrained by employment of a judicial act made permanently void by the Constitution and laws of the United States.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: 1) Declare that the continued restraint violates the Constitution and laws of the United States, (2) enter an order enforcing the medical recommendation for release, (3) any other relief that is appropriate.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

(as shown hereon)

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____   By: _____
                              *Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

January 25, 2022

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jahi Amadi Hasanati | Social Security number or ITIN  xxx–xx–0670 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ EIN __–_____ |

United States Bankruptcy Court  Eastern District of New York

Case number:  1–15–40630–nhl

## Order of Discharge and Final Decree

Revised: 12/15

### IT IS ORDERED:

A discharge under 11 U.S.C. § 727 is granted to:

    Jahi Amadi Hasanati

### IT IS FURTHER ORDERED:

- Robert J Musso (Trustee) is discharged as trustee of the estate of the above-named debtor(s) and the bond is cancelled.
- The Chapter 7 case of the above-named debtor(s) is closed.

BY THE COURT

Dated: June 29, 2021

s/ Nancy Hershey Lord
United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

Official Form 318DF7    Chapter 7 Order of Discharge and Final Decree    page 1

16762

28109016778010

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 6/29/2021 |
| Case: 1–15–40630–nhl | Form ID: 318DF7 | Total: 17 |

**Recipients of Notice of Electronic Filing:**
tr          Robert J Musso        Rmusso@nybankruptcy.net
aty        Robert J Musso        rmusso@nybankruptcy.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jahi Amadi Hasanati    c/o D15084    10650 SW 46th Street    Jasper, FL 32052 | |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | |
| smg | NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201–3719 | |
| smg | NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 | |
| smg | Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 | |
| 8509166 | Desoto Correctional Institution    13617 S.E. Highway 70    Arcadia, FL 34266 | |
| 8509162 | Eleventh Judicial Circuit Court    Administrative Office of the Court    175 N.W. First Avenue    Miami, FL 33128 | |
| 8509165 | Florida Department of Correctons    501 South Calhoun Street    Tallahassee FL 32399 | |
| 8753420 | Jahi    c/o Heather Williams    911 E. 229th Street    Bronx, NY 10466 | |
| 8753419 | Jahi –    c/o Heather Williams    911 E 229th Street    Bronx NY 10466 | |
| 8509164 | Jose Luis Fernandez    Eleventh Judicial Circuit Court    1351 NW 12 Street    Miami FL 33125 | |
| 8509167 | Laudelina Fernandez–McDonald    Office of Inspector General    Miami–Dade County    19 W. Flagler Street, Suite 220    Miami, FL 33130 | |
| 8509163 | Miami–Dade County    111 NW 1st Street    Miami FL 33128 | |
| 8509161 | Office of Statewide Prosecution    444 Brickell Ave, 650    Miami FL 33131 | |
| 8509160 | State of Florida    The Capitol    Tallahassee, FL 32399 | |

TOTAL: 15

THU-28109 0207-1 318DF7 15-40630
Jahi Amadi Hasanati
c/o D15084
10650 SW 46th Street
Jasper, FL 32052

016762  16762 1 AB 0.425  32052  8 9  9357-1-17040

Jahi Amadi Hasanati
c/o D15084
10650 SW 46th Street
Jasper, FL 32052-3732

016762      28109016778029

PLEASE FORWARD

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

Grace

FIRST-CLASS MAIL

GRACEVILLE C.F.
5168 Ezell Street
Graceville, Florida 32440-0000

3244032402 R003